UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

PEERLESS INSURANCE COMPANY,

    PLAINTIFF,

v.                                                  CASE NO. 1:18-CV-1040

WEO CONSTRUCTION

    DEFENDANT.
_____/

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE**
**LOCAL RULE 103.3 DISCLOSURE**
**AND CERTIFICATE OF INTERESTED PARTIES**

1. The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of the parties involved in this action:

| Name | Identification and relationship |
|---|---|
| Peerless Insurance Company | Plaintiff |
| WEO Construction | Defendant |

2. The undersigned further certifies that the following is a full and complete list of the officers, directors, or trustees of Plaintiff:

| Name | Identification and relationship |
|---|---|
| David H. Long | Chief Executive Officer and Chairman |
| Neeti Bhalla Johnson | Executive Vice President; President and Chief Investment Officer |
| J. Eric Brosius | Executive Vice President and Chief Actuary |
| Melanie M. Foley | Executive Vice President and Chief Talent and Enterprise Services Officer |
| James F. Kelleher | Executive Vice President and Chief Legal Officer |
| Kevin H. Kelley | Vice Chairman, Global Risk Solutions |
| Dennis J. Langwell | Executive Vice President; President, Global Risk Solutions |

1

| | |
|---|---|
| James M. McGlennon | Executive Vice President and Chief Information Officer |
| Christopher L. Peirce | Executive Vice President and Chief Financial Officer |
| Timothy M. Sweeney | Executive Vice President; President, Global Retail Markets |
| Mark Touhey | Senior Vice President and Secretary |
| Alison B. Erbig | Senior Vice President and Comptroller |
| Laurance H.S. Yahia | Senior Vice President and Treasurer |
| Nicholas M. Donofrio | Director |
| Francis A. Doyle | Director |
| David H. Long | Director |
| John P. Manning | Director |
| Thomas J. May | Director |
| Myrtle Potter | Director |
| Nancy W. Quan | Director |
| Ellen A. Rudnick | Director |
| Angel A. Ruiz | Director |
| Martin P. Slark | Director |
| Eric A. Spiegel | Director |
| William C. Van Faasen | Director |
| Annette M. Verschuren, O.C. | Director |

3. The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations or organizations that have a financial interest, or another interest, which could be substantially affected by the outcome of this case (including a relationship as a parent or holding company or similar relationship):

Liberty Mutual Agency Corporation owns 100% of the stock of Peerless Insurance Company.

Liberty Insurance Holdings, Inc. owns 100% of the stock of Liberty Mutual Agency Corporation.

Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Holdings, Inc.

Liberty Mutual Group, Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

LMHC Massachusetts Holdings, Inc. owns 100% of the stock of Liberty Mutual Group Inc.

Liberty Mutual Holding Company, Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

Dated this 18th day of April 2017.

    Respectfully submitted,

    /s/ Mary O. Morris
    Mary O. Morris
    Maryland Bar No. 26617
    Morris & Morris, P.A.
    Attorneys for Peerless Insurance Company
    777 South Flagler Drive, Suite 800- West Tower
    West Palm Beach, Florida 33401
    Telephone Number 561.838.9811
    Facsimile Number 561.828.9351
    E-mail address mary@morris.law

*3*

777 S. Flagler Dr. • Suite 800 - West Tower• West Palm Beach, FL 33401 T: 561.838.9811 • F: 561.828.9351 www.morris-morris.com