IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| PEERLESS INSURANCE COMPANY, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:18-cv-1040 |
| WEO CONSTRUCTION, | § § § | |
| Defendant. | § | |

## ORDER

Upon the Consent Motion to Extend Defendant's Time to Respond, and excusable neglect and good cause having been shown, it is this ___16th___ day of July, 2018,

ORDERED that the Defendant WEO Carpentry, LLC (WEO)'s time to respond to the Complaint is extended to August 14, 2018.

_____
Judge,
United States District Court