

William H. Hyle, III | whyle@gw-law.com | www.gandwlaw.com
Admitted in Maryland

Suite 900
36 South Charles Street
Baltimore, MD 21201-3114
P 410-528-0600
F 410-528-0602

1900 K Street, NW
Fourth Floor
Washington, DC 20006
P 202-628-0564

August 27, 2018

**VIA CM/ECF**
Honorable Richard D. Bennett
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

      RE:    *Peerless Insurance Company v. WEO Construction,* Civil No. RDB-18-1040
                Early Dispositive Motion

Dear Judge Bennett:

      This letter is written pursuant to Your Honor's scheduling order entered on August 15, 2018.  In this letter, Your Honor requested that, if a modification of the scheduling order would be appropriate due to a dispositive motion, a written request should be sent to the Court.

      It appears to the attorneys for WEO Carpentry, LLC., that Plaintiff may have sued the wrong entity.  We have had a telephone discussion and e-mail exchange with Plaintiff's attorneys about this issue, even suggesting that an amended complaint may be in order.  In answering the Complaint on behalf of WEO Carpentry, LLC., we preserve this issue.

      If an amended complaint is not forthcoming soon, then we will file a motion for summary judgment on behalf of WEO, Carpentry, LLC.  We believe such a motion would be dispositive.

                            Very truly yours,

                                  /s/
                         William H. Hyle, III

cc: Mary O. Morris, Esq.
    Michael Morris, Esq.