**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| **PEERLESS INSURANCE COMPANY,** | § § § | |
| Plaintiff, | § § | |
| **v.** | § § | Case No. 1:18-cv-1040 |
| **WEO CONSTRUCTION,** | § § § | |
| Defendant. | § | |

**NOTICE OF WITHDRAWAL BY WEO CARPENTRY, LLC
OF MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 17)**

WEO Carpentry, LLC (WEO), by its attorneys, withdraws its Motion for Summary Judgment (Docket No. 17) filed on September 27, 2018.

                                             */s/ William H. Hyle, III*
                                             William H. Hyle, III (No. 19936)
                                             Francis J. Gorman (No. 00690)
                                             Taylor Beckham (No. 19887)
                                             GORMAN & WILLIAMS
                                             36 South Charles Street, Suite 900
                                             Baltimore, Maryland 21201
                                             (410) 528-0600
                                             fgorman@GW-Law.com
                                             whyle@GW-Law.com
                                             tbeckham@GW-Law.com
                                             *Attorneys for Defendant*
                                             *WEO Carpentry, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of November 2018, I caused the foregoing Notice of Withdrawal to be served on the attorneys for Plaintiff via ECF:

Mary Morris
Michael Morris
Morris and Morris, P.A.
777 S. Flagler Drive, Suite 800 – West Tower
West Palm Beach, FL 33401
*Attorneys for Plaintiff*

                                                  */s/ William H. Hyle, III*
                                                  William H. Hyle, III