

William H. Hyle, III | whyle@gw-law.com | www.gandwlaw.com
Admitted in Maryland

Suite 900　　　　　　1900 K Street, NW
36 South Charles Street　Fourth Floor
Baltimore, MD 21201-3114　Washington, DC 20006
P 410-528-0600　　　　P 202-628-0564
F 410-528-0602

November 8, 2018

**VIA CM/ECF**
Honorable Richard D. Bennett
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

      RE:   *Peerless Insurance Company v. WEO Construction,* Civil No. RDB-18-1040
            Early Dispositive Motion

Dear Judge Bennett:

     This letter is written to request that Your Honor rule on the pending Second Motion for Summary Judgment (Docket No. 20) filed on October 23, 2018.

     Over the past three or four months, we have repeatedly requested that Plaintiff's attorney name "WEO Carpentry, LLC" as the proper party defendant. *See* Report letter dated August 27. We have suggested either filing an Amended Complaint or a voluntary dismissal and filing a new action. Neither has happened. Yesterday, we spoke with Plaintiff's attorney, and he agreed that sending a letter requesting a ruling on our Motion would help resolve this issue.

     On September 27, 2018 we filed a Motion for Summary Judgment (Docket No. 17) which, just today, we have withdrawn. We withdrew this Motion because we realized in October there is a clearer reason for summary judgment, and this is the basis for the Second Motion for Summary Judgment.

                                       Very truly yours,

                                         _____/s/_____
                                         William H. Hyle, III

cc: Mary O. Morris, Esq.
    Michael R. Morris, Esq.