IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **PEERLESS INSURANCE CO.** | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:18-cv-1040 - SAG |
| **WEO CARPENTRY, LLC** | § § § | |
| Defendant. | § § | |

## JOINT STATUS REPORT

The Parties, by and through their undersigned counsel and pursuant to the scheduling order, submit this Joint Status Report and state:

A.   Status of Discovery:

The Parties have conducted limited discovery up to this point. Deposition for Defendant's insurance agent was taken in October of 2019. The parties have agreed to limit discovery for the time being in an effort to reduce litigation costs while exploring possible settlement negotiations. Some scheduled depositions were cancelled due, in part, to coronavirus concerns. Stay-at-home orders will complicate rescheduling of these depositions. Unlike many cases, Plaintiff will require Defendant to produce certain tax records and income documents prior to conducting meaningful settlement negotiations.

B.   Pending Motions

There are no pending motions.

C.  Dispositive Pretrial Motions

No pending dispositive motions pending.  However, the parties do reserve the right to file dispositive motions in the future if this case cannot be resolved by the parties.  As stated above, the parties are contemplating near future settlement discussions.

D.  Anticipated Length of Trial

The parties have elected to have the matter tried by jury.  It is anticipated that this trial will take two (2) days.

E.  Settlement Negotiations to Date

The parties have not met for formal settlement negotiations.  Due to the nature of the cause of action against Defendant, WEO Carpentry, LLC., Plaintiff has requested that prior to engaging in serious settlement negotiations, Defendant must first submit certain tax and income documents not requested in discovery.

F.  Request to Refer Case to Settlement Conference

At this time the parties are not requesting that the case be referred to a settlement conference

G.  Parties Consent Pursuant to 28 U.S.C. §636(c)

The parties have not consented to having a U.S. Magistrate Judge conduct all further proceedings in this matter.

H.  Other Matters

No other matters at this time.

Submitted this 24th day of April, 2020.

| | |
|---|---|
| */s/ Michael Morris* | */s/ William H. Hyle, III* |
| Michael Morris *(Pro hac vice)* | William H. Hyle, III (Bar No. 19936) |
| Morris & Morris, P.A. | GORMAN & WILLIAMS |
| 1677 D. Road | 36 South Charles Street, Suite 900 |
| Loxahatchee, Florida 33470 | Baltimore, Maryland 21201 |
| T: (561) 903-0562 | T: (410) 528-0600 |
| F: (561) 828-9351 | F: (410) 528-0602 |
| Michael@Morris.law | whyle@gw-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2020, I caused the foregoing Joint Status Report to be served on counsel for Plaintiff *via* ECF:

Michael Morris, Esquire
Mary Morris, Esquire
777 South Flagler Drive, Suite 800-
West Tower
West Palm Beach Fla., 33401
*Counsel for Plaintiffs*