UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>DEBORAH L. BOARDMAN<br>UNITED STATES MAGISTRATE JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>Telephone (410) 962-7810<br>Fax (410) 962-2577<br>MDD_DLBChambers@mdd.uscourts.gov |

April 30, 2021

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

RE:   *Peerless Insurance Company v. WEO Construction*
      Civil No.: SAG-18-1040

Dear Counsel:

Per the parties' request, the settlement conference in this case has been rescheduled to Tuesday, June 29, 2021. It will start at 9:30 a.m. and will be conducted virtually through the Zoom for Government video conferencing platform. A Zoom link will be circulated by my chambers a few days before the settlement conference.

Please note that all directions and guidance contained in my April 14, 2021 Order apply. ECF No. 58. The *ex parte* letters are now due by June 15, 2021.

I look forward to seeing you on June 29, 2021.

Sincerely,

/s/

Deborah L. Boardman
United States Magistrate Judge

cc:   Judge Stephanie A. Gallagher